May 18, 2023

U. S. District Court Clerk
U. S. Court House
601 Market Street H2609
Philadelphia, PA 19106

RE: PBGC Case No. 19660300, Bethlehem Steel Corp Pension-denial of surviving spousal pension benefits

Dear Sir:

I am writing concerning PBGC's denial of surviving spousal pension benefits following the death of my husband, Richard E. Gilfillan, on November 29, 2019.

I base my claim on the following: I have two original letters stating his benefit form, both including the statement that his surviving spouse would be entitled to 50% of his pension benefit until my demise should he precede me in death.

I learned via telephone calls (verbatim), "Oh, I see that a mix-up of IDs and SS numbers occurred, and their explanation on another call, again verbatim, "Well, anybody can make a mistake". Through written correspondence I learned that the Advocate for the Advocacy Group of PBGC presented my claim for review; indicating that she felt it was a valid claim. Also, I was told by a representative of EBSA, Dept of Labor, that I had a valid claim.

I have been informed, by an employee of PBGC, that any additional communication would not be of good use of my time and that they would not respond any further. It was recommended that my only recourse would be an appeal to the Federal District Court. Ironically, this advice, from the agency that denied me benefits causing my financial distress, would necessitate the services of an attorney and court fees.

On May 6th, 2023 I became 90 years of age, I live at the western edge of Chester County, necessitating a 1-1/2 to 2 hour drive to center city Philadelphia, plus an unknown amount of time or trips for whatever proceeding(s) I would be expected to attend. I would also need the services of a driver/accomplice, possibly another expense. Due to the physical uncertainties of the elderly, and the financial situation I endure due to denial of pension benefits, I simply cannot physically, mentally or financially present myself for a court experience.

I need help with this situation and would greatly appreciate your advice regarding another way of proceeding with my claim.

Very sincerely and respectfully,

*Frances S. Gilfillan*
Frances S. Gilfillan.
Tel #4847228388, email fgilfillan17@comcast.net

Frances Gilfillan
412 Evergreen Drive,
Box 190
Honeybrook, PA 19344

U.S.M.S. X-RAY

U. S. District Court Clerk
U. S. Court House
601 Market Street H2609
Philadelphia, PA 19106

RECEIVED
MAY 24 2023
BY:_____